# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE: ENGLE CASES

Case No.:   3:09-cv-10000-J-32HTS

## ORDER

THIS CAUSE comes before the Court in furtherance of the Court's Order of May 13, 2009 requiring severance of these cases. Due to the unprecedented burden on the Court's resources regarding the severance of the 4,432 (TS) Plaintiffs in the following cases:

| | | |
|---|---|---|
| 3:07-cv-760-J-25HTS | 3:07-cv-761-J-34HTS | 3:07-cv-777-J-25HTS |
| 3:07-cv-778-J-32HTS | 3:07-cv-784-J-32HTS | 3:07-cv-785-J-25HTS |
| 3:07-cv-786-J-25HTS | 3:07-cv-787-J-32HTS | 3:07-cv-788-J-25HTS |
| 3:07-cv-792-J-25HTS | 3:07-cv-793-J-32HTS | 3:07-cv-794-J-32HTS |
| 3:07-cv-795-J-32HTS | 3:07-cv-796-J-34HTS | 3:07-cv-797-J-25HTS |
| 3:07-cv-798-J-25HTS | 3:07-cv-799-J-32HTS | 3:07-cv-800-J-34HTS |
| 3:07-cv-801-J-25HTS | 3:07-cv-802-J-25HTS | 3:07-cv-803-J-25HTS |
| 3:07-cv-804-J-34HTS | 3:07-cv-805-J-25HTS | 3:07-cv-806-J-34HTS |
| 3:07-cv-818-J-32HTS | 3:07-cv-819-J-32HTS | 3:07-cv-820-J-25HTS |
| 3:08-cv-149-J-25HTS | 3:08-cv-150-J-25HTS | 3:08-cv-151-J-34HTS |

| | | |
|---|---|---|
| 3:08-cv-152-J-25HTS | 3:08-cv-153-J-32HTS | 3:08-cv-154-J-25HTS |
| 3:08-cv-155-J-32HTS | 3:08-cv-156-J-32HTS | 3:08-cv-157-J-32HTS |
| 3:08-cv-158-J-32HTS | 3:08-cv-159-J-25HTS | 3:08-cv-160-J-34HTS |
| 3:08-cv-161-J-25HTS | 3:08-cv-162-J-25HTS | 3:08-cv-163-J-32HTS |
| 3:08-cv-164-J-34HTS | 3:08-cv-165-J-25HTS, | |

the Clerk is unable to replicate complete dockets for each severed case. Pertinent orders entered in some or all of the actions listed above are attached and are hereby incorporated into each new case as follows:

Exhibit 1: Order setting status conference entered in all cases, signed on February 20, 2008 by Judge Harvey E. Schlesinger, Judge Henry Lee Adams, Jr. and Judge Timothy J. Corrigan.

Exhibit 2: Order regarding pending motions and case status entered in all cases, signed on April 9, 2008 by Judge Harvey E. Schlesinger, Judge Henry Lee Adams, Jr. and Judge Timothy J. Corrigan.

Exhibit 3: Order regarding Rule 16(C) Motion entered in case 3:07-cv-761-J-20HTS, signed August 28, 2008 by Judge Harvey E. Schlesinger.

Exhibit 4: Order regarding motion to remand entered in case 3:08-cv-153-J-32HTS, signed August 29, 2008 by Judge Timothy J. Corrigan.

Exhibit 5:   Order regarding case status entered in all cases, signed on August 29, 2008 by Judge Harvey E. Schlesinger, Judge Henry Lee Adams, Jr. and Judge Timothy J. Corrigan.

Exhibit 6:   Order regarding Motion to Stay Case Pending Final Resolution of Interlocutory Appeals entered in all cases, signed on October 29, 2008 by Judge Harvey E. Schlesinger, Judge Henry Lee Adams, Jr. and Judge Timothy J. Corrigan.

Exhibit 7:   Order directing Clerk to sever all cases entered in all cases, signed on May 13, 2009 by Judge Henry Lee Adams, Jr., Judge Timothy J. Corrigan and Judge Marcia Morales Howard.

Accordingly, it is hereby **ORDERED**,

1.   The Clerk is directed to file this Order and exhibits in each severed case. The Clerk is further directed to notify all parties of the new case style and case number of each severed case.

2.   The parties shall use the case style and case number provided by the Clerk for filing in each severed case. If a filing pertains to multiple (but fewer than all) cases, the document should reflect the proper style and be filed separately in each appropriate case number.

3.   With the filing of this Order, the Court has established a separate case, In Re: Engle Cases, Case No. 3:09-cv-10000-J-32HTS, which will serve as a "master" case

3

in which the Court and the parties may file papers applicable to all of the cases.  This will avoid the need to file the same papers in all the 4,430 [4,432 (752)] severed cases.

4. The Court is deferring the issue of whether the parties are required to pay filing fees in each case until after the Eleventh Circuit rules on the pending interlocutory appeal.

5. The stay in these cases remains in effect until further order of this Court. Upon the lifting of the stay, the Court will enter orders requiring the filing of an amended complaint and answer in each case.  The Court will also entertain any motions to consolidate.

6. The Clerk is directed to close the originally filed cases listed above and terminate all pending motions in all cases.  After the stay is lifted, any motions which the parties wish to be heard shall be refiled with the appropriate new case style and case number.

**DONE AND ORDERED** at Jacksonville, Florida, this ___17th___ day of November, 2009.

_____  _____  _____
HENRY LEE ADAMS, JR.        TIMOTHY J. CORRIGAN         MARCIA MORALES HOWARD
United States District Judge  United States District Judge  United States District Judge

sms.
Copies to:
Counsel of Record

4