**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

2008 AUG 29 PM 3:41

| | |
|---|---|
| NESTOR AMOROS, et al., | Case Nos. |
| Plaintiffs, | 3:07-cv-760-J-25HTS,  3:07-cv-761-J-20HTS, |
| vs. | 3:07-cv-777-J-25HTS,  3:07-cv-778-J-32HTS, |
| R.J. REYNOLDS TOBACCO CO., etc., et al., | 3:07-cv-784-J-32HTS,  3:07-cv-785-J-25HTS, |
| Defendants. | 3:07-cv-786-J-25HTS,  3:07-cv-787-J-32HTS, |

Case Nos.:
3:07-cv-760-J-25HTS, 3:07-cv-761-J-20HTS,
3:07-cv-777-J-25HTS, 3:07-cv-778-J-32HTS,
3:07-cv-784-J-32HTS, 3:07-cv-785-J-25HTS,
3:07-cv-786-J-25HTS, 3:07-cv-787-J-32HTS,
3:07-cv-788-J-25HTS, 3:07-cv-792-J-25HTS,
3:07-cv-793-J-32HTS, 3:07-cv-794-J-32HTS,
3:07-cv-795-J-32HTS, 3:07-cv-796-J-20HTS,
3:07-cv-797-J-25HTS, 3:07-cv-798-J-25HTS,
3:07-cv-799-J-32HTS, 3:07-cv-800-J-20HTS,
3:07-cv-801-J-25HTS, 3:07-cv-802-J-25HTS,
3:07-cv-803-J-25HTS, 3:07-cv-804-J-20HTS,
3:07-cv-805-J-25HTS, 3:07-cv-806-J-20HTS,
3:07-cv-818-J-32HTS, 3:07-cv-819-J-32HTS,
3:07-cv-820-J-25HTS, 3:08-cv-149-J-25HTS,
3:08-cv-150-J-25HTS, 3:08-cv-151-J-20HTS,
3:08-cv-152-J-25HTS, 3:08-cv-153-J-32HTS,
3:08-cv-154-J-25HTS, 3:08-cv-155-J-32HTS,
3:08-cv-156-J-32HTS, 3:08-cv-157-J-32HTS,
3:08-cv-158-J-32HTS, 3:08-cv-159-J-25HTS,
3:08-cv-160-J-20HTS, 3:08-cv-161-J-25HTS,
3:08-cv-162-J-25HTS, 3:08-cv-163-J-32HTS,
3:08-cv-164-J-20HTS, 3:08-cv-165-J-25HTS

## ORDER

These cases are before the Court, <u>sua sponte</u>. Judge Schlesinger has entered an Order in case no. 3:07-cv-761-J-20HTS ruling on the defendants' Rule 16(c) Motion and Judge Corrigan has entered an Order in case no. 3:08-cv-153-J-32HTS ruling on plaintiffs' Motion to Remand. Until those Orders have been appealed and the appeals decided, the Court intends to defer further ruling on the Rule 16(c) and remand motions

filed in the other captioned cases. The Court strongly encourages plaintiffs to seek appellate review of these Orders. It is hereby

**ORDERED:**

1. The Court defers ruling on defendants' Rule 16(c) motions and plaintiffs' motions to remand, filed in the above captioned cases, as stated. The Clerk will term these motions without prejudice to refiling following conclusion of the referenced appeals.

2. The Court is also strongly inclined to sever all of the captioned cases, with each severed case having one plaintiff and the appropriate defendants, and to create a new, separate "Engle" docket. This severance would be without prejudice to subsequent pretrial or trial consolidation of appropriate cases. Upon severance, the Court is inclined to require plaintiffs to pay a separate filing fee for each plaintiff whose case was originally filed in this Court. The Court is inclined to require defendants to pay a separate filing fee for each plaintiff whose case was removed to this Court. The Court is further inclined to allow discovery and other appropriate pretrial proceedings to proceed on some or all of the above captioned cases during the pendency of the appeals of the Rule 16(c) and remand Orders, under the direction of Judge Adams and Judge Snyder. The parties should confer regarding these proposals and file, either jointly or separately, position briefs on the Court's proposals and related matters. Each side's briefs should also address case management procedures should the Court decide to sever. These briefs, limited to 20 pages, are to be filed by **September 30, 2008**. The position briefs should

be filed in case no. 3:07-cv-760-J-25HTS, 3:07-cv-761-J-20HTS and 3:07-cv-778-J-32HTS only.

3. The Court takes judicial notice of the ongoing litigation in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Engle v. R.J. Reynolds Tobacco Co., et al., case no. 94-08273 CA 22, including the creation of the "Engle Trust Fund." As part of their position briefs, the parties should address what effect, if any, the "Engle Trust Fund" has on the instant litigation.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of August, 2008.

HARVEY E. SCHLESINGER
Sr. United States District Judge

HENRY LEE ADAMS, JR.
United States District Judge

TIMOTHY J. CORRIGAN
United States District Judge

Copies:

Counsel of Record

Garry Randolph, HES-CRD
Paula Goins, HLA-CRD
Marielena Diaz, TJC-CRD

3