UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELLEN GRAY, as personal representative of
the ESTATE OF HENRY GRAY,

        Plaintiff,                Case No. 3:09-cv-13603-WGY-HTS

vs.

R.J. REYNOLDS TOBACCO COMPANY,
et al.,

        Defendants.
_____/

## VERDICT

1. Was Henry Gray addicted to cigarettes containing nicotine?

                Yes __X__   No ____

   *If your answer to Question 1 was NO, please proceed no further except to sign and date this verdict form and return it to the courtroom. If your answer to Question 1 was YES, please proceed to Question 2.*

2. Was an addiction to cigarettes containing nicotine a legal cause of Henry Gray's injuries?

                Yes __X__   No ____

   *If your answer to Question 2 was NO, please proceed no further except to sign and date this verdict form and return it to the courtroom. If your answer to Question 2 was YES, please proceed to Question 3.*

3. Was smoking cigarettes a legal cause of Henry Gray's death?

        Yes __X__    No _____

*If your answer to Question 3 was YES, please answer Questions 4 through 8 with respect to only those injuries you found to have caused Mr. Gray's death.*

*If your answer to Question 3 was NO, please answer Questions 4 through 8 with respect to all of Mr. Gray's claimed injuries in this case.*

4. Please state whether Henry Gray relied to his detriment on statements made by Defendant that concealed or omitted material information concerning the health effects and/or addictive nature of cigarette smoking, and if so, whether Henry Gray's reliance was a legal cause of his smoking-related injuries.

        Yes _____    No __X__

*If you answered YES to Question 4, please proceed to Question 5.*

*If you did NOT answer YES to Question 4, please skip Question 5 and proceed to Question 6.*

5. When were the statements on which Henry Gray relied made? *(Select one.)*

    (a)    Before May 5, 1982.    _____

    (b)    On or after May 5, 1982.    _____

    (c)    Both before and after May 5, 1982.    _____

6. Please state whether Henry Gray relied to his detriment on statements made in furtherance of Defendant's agreement to conceal or omit material information concerning the health effects and/or addictive nature of cigarette smoking and, if so, whether Henry Gray's reliance was a legal cause of his smoking-related injuries.

        Yes _____    No __X__

*If you answered YES to Question 6, please proceed to Question 7.*

*If you did NOT answer YES to Question 6, please skip Question 7 and proceed directly to Question 8.*

7. When were the statements on which Henry Gray relied made? *(Select one.)*

    (a)    Before May 5, 1982.    _____

    (b)    On or after May 5, 1982.    _____

    (c)    Both before and after May 5, 1982.    _____

8.  Please state the percentage of any responsibility that you charge to each party for Henry Gray's smoking-related injuries.

    Henry Gray                __50__ %

    R.J. Reynolds Tobacco Company      __50__ %

    **TOTAL MUST BE 100%**

    *If you did not charge Defendant with any percentage of responsibility, please proceed no further except to sign and date this verdict form and return it to the courtroom.*

    *If you did charge Defendant with some percentage of responsibility AND your answer to Question 3 was YES, please answer Question 9 as to only those injuries you found to have caused Mr. Gray's death.*

    *If you did charge Defendant with some percentage of responsibility AND your answer to Question 3 was NO, please skip Question 9 and proceed to Question 10.*

9.  Based upon a preponderance of the evidence, please state the amount of damages, if any, with respect to Ellen Gray's loss of Mr. Gray's companionship and protection, for her pain and suffering, and for her loss of Mr. Gray's support and services as a result of Mr. Gray's injuries and death.

    $ __6,000,000.00__

    *In determining the total amount of any damages, you should not make any reduction because of the responsibility you charge to Mr. Gray. The Court will enter a judgment based on your verdict and will reduce the total amount of damages by the percentage of responsibility which you charge to Mr. Gray.*

    *Please proceed to Question 11.*

10. Based upon a preponderance of the evidence, please state the amount of damages, if any, sustained by Henry Gray for his bodily injuries that you have found to be caused by smoking and resulting in pain and suffering, disability, mental anguish, inconvenience, loss of capacity for the enjoyment of life experienced in the past.

    $ _____

    *Do not answer Question 10 if you answered Question 9.*

    *Please proceed to Question 11.*

    *In determining the total amount of any damages, you should not make any reduction because of the responsibility you charge to Mr. Gray. The Court will enter a judgment based on your verdict and will reduce the total amount of damages by the percentage of responsibility which you charge to Mr. Gray.*

3

*If you answered NO to Question 4 and Question 6, you should proceed no further except to sign and date the verdict form and return it to the courtroom.*

*If you answered YES to Question 4 or Question 6, please proceed to Question 11.*

11. **Please state whether you find by clear and convincing evidence that punitive damages are warranted against the Defendant under the circumstances of this case.**

    Yes **X**   No ____

SO SAY WE ALL, this 29th day of JAN, 2015.

_____Brian R. Sumwalt_____
Foreperson
BRIAN R. SUMWALT